**Arvind Yekanath, MD**
Edward Hines VA
5000 S. 5th Avenue
Hines IL 60140

Jan 18, 2011

Re: Luzmaria Arroyo

To whom it may concern,

I am writing this letter at the request of Ms. Luzmaria Arroyo for her application for short term disability. I have spoken with her case manager at Hines VA Hospital, Ms. Kellee Watkins (708.202.2989).

Diagnosis: Post Traumatic Stress Disorder

Prognosis: I expect her to resume full work related activities soon.

Summary of treatment thus far: I have been treating Ms. Arroyo for medication management of her PTSD since December 14, 2010 at Edward Hines Jr. VA Hospital. She was hospitalized from January 10 to 14, 2011.

Frequency of appointments: Ms. Arroyo should continue to see me on an outpatient basis once monthly for medication management. I recommend she continue seeing her therapist Brian Fask at Orland Park Vet Center weekly. She will soon be enrolled in a group psychotherapy program at Hines VA Hospital for PTSD victims.

Possible effects on work attendance: Ms. Arroyo should maintain appointments as stated above.

Regards,

Arvind Yekanath, MD


PLAINTIFF'S EXHIBIT
O


PLAINTIFF'S EXHIBIT
135

0001178