## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Luzmaria Arroyo,

Plaintiff(s),

v.

Volvo Group North America, LLC,

Defendant(s).

Case No. 12-cv-6859
Judge Dow

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Luzmaria Arroyo
and against defendant(s) Volvo Group North America, LLC
in the amount of $The Court awards Plaintiff $141,388.53 in back pay, $84,131.92 in front pay, $41,348.61 in other employment-related compensation, $8,546.10 in prejudgment interest, and $275,415.16 in liquidated damages. Pursuant to 42 U.S.C. § 1981a(b)(3), the Court reduces the jury's $2.6 million compensatory damages award to $300,000 and vacates the jury's $5.2 million punitive damages award,

which ☒ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)
.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge  presiding, and the jury has rendered a verdict.
☐ tried by Judge  without a jury and the above decision was reached.
☒ decided by Judge Robert M. Dow on a motion by Plaintiff for equitable relief.

Date: 7/13/2017                           Thomas G. Bruton, Clerk of Court

C. Hoesly, Deputy Clerk

ILND 450 (Rev. 10/13)   Judgment in a Civil Action

C. Hoesly, Deputy Clerk