# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Luzmaria Arroyo

                                            Plaintiff,

v.                                                                      Case No.: 1:12−cv−06859
                                                                       Honorable Robert M. Dow Jr.

Volvo Group North America, LLC

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 3, 2022:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Jury trial held. Jury deliberates. Jury reached a verdict. The Jury finds as to Claim I, Liability for Plaintiff USERRA Discrimination Claim For the Defendant, Volvo Group North America, LLC. signed by the Foreperson and 7 jurors, dated 2/3/2022. Jury polled. Judgement is entered for Defendant, Volvo Group North America, LLC and against Plaintiff, Luzmaria Arroyo. Post−trial motions will be due 28 days from today, this deadline cannot be extended. If anyone files a post−trial motion, the Court will set a telephone status shortly thereafter discussing a briefing schedule on the motion. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.